Appellate Case Number: 11-15-00167-CR
Trial Court Case Number: 13-7279

    I Johnny Mendez Rodriguez would like to file for a Petition for Discretionary Review. I would like to point out to the Court that this is my first felony. I am by No way trying to prove myself innocent. I would just like to ask the Court that The Punishment fit the crime. The Max for my crime feels unjust, And I pray that the court could re-evaluate my sentence. Thank You

                                        *Johnny Mendez Rodriguez*

    I would also like to Notify the Court that this is the only copy that I am able to serve, Due to lack of funds. I again would like to Thank You for your Time and Re-consideration.

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 16 2015

Abel Acosta, Clerk

FILED IN
COURT OF CRIMINAL APPEALS

DEC 18 2015

Abel Acosta, Clerk

HOBBY